UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| JOSEPH SUSTACHA, | Case No. 3:15-cv-00385-MMD-VPC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| TROY EDEN et al., | |
| Defendants | |

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. On October 19, 2015, this Court issued an order denying the application to proceed *in forma pauperis*, without prejudice, because the application was incomplete. (Dkt. no. 3.) The Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full filing fee of $400.00 within thirty (30) days from the date of that order.[1] (*Id.* at 2). The thirty-day period has now expired, and Plaintiff has not filed another application to proceed *in forma pauperis* or paid the full filing fee. On November 13, 2015, Plaintiff filed a change of address notice with the Court. (Dkt. no. 4.) On November 25, 2015, Plaintiff filed a motion to amend his complaint prior to screening. (Dkt. no. 5.)

Based on Plaintiff's recent filings it is unclear to the Court whether Plaintiff

---

[1] Plaintiff had failed to sign the penalty of perjury page on page 3 of the application. (Dkt. no. 1 at 3; dkt. no. 3 at 1.)

received this Court's October 19, 2015 order. The Court grants Plaintiff thirty (30) days from the date of this order to comply with the October 19, 2015, order. If Plaintiff fails to timely file a fully complete application to proceed *in forma pauperis* or pay the full filing fee in compliance with the October 19, 2015 order, the Court will dismiss this case.

It is further ordered that the Clerk of the Court shall send Plaintiff a copy of the October 19, 2015 order (dkt. no. 3).

It is further ordered that the Clerk of the Court shall send Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

It is further ordered that within thirty (30) days from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

It is further ordered that if Plaintiff does not timely comply with this order, the Court shall dismiss this case.

DATED THIS 30th day of November, 2015.

United States Magistrate Judge