UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEPH SUSTACHA,<br><br>Plaintiff,<br>v.<br>TROY EDEN et al.,<br><br>Defendants. | Case No. 3:15-cv-00385-MMD-VPC<br><br>ORDER |

The Court's screening order was sent to Plaintiff at the address on the docket, but it was returned as undeliverable. (ECF No. 19.) Local Rule IA 3-1 provides that a "pro se party must immediately file with the court written notification of any change of mailing address." LR IA 3-1 further provides that failure to update the contact information in compliance with the rule may result in dismissal of the action. Plaintiff has failed to update the Court with his mailing address. It is therefore ordered that Plaintiff has thirty (30) days to comply with LR IA 3-1 by filing a notification of his change of address. Failure to do so will result in dismissal of this action.

DATED THIS 17th day of August 2016.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE